UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
MAYLENE OTERO, as parent and natural guardian of          :
K.O.R.,                                                   :
                                                          :
                              Plaintiff,                  :              26-cv-5409 (LJL)
                                                          :
              -v-                                         :              ORDER
                                                          :
KAMAR H. SAMUELS, et al.,                                 :
                                                          :
                              Defendants.                 :
                                                          X
------------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference in this matter on June 30, 2026 at 3:00 p.m. The parties are instructed to dial 646-453-4442 and input conference ID 358639322.  The Court will expect the DOE to be prepared to discuss the motion for a TRO, including whether a briefing schedule is appropriate.  To the extent that DOE wishes to be heard in writing before the conference, it shall submit its response to the motion for a temporary restraining order by no later than 5:00 p.m. on Monday, June 29.  Plaintiff shall serve this order on DOE no later than 12:00 a.m., June 27, 2026 (midnight tonight), and shall file proof of service on the docket.

      SO ORDERED.

Dated: June 26, 2026
      New York, New York                    _____
                                                  LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2026